1 So.2d 312

**CAREY v. STATE.**

6 Div. 735.

Court of Appeals of Alabama.

Jan. 14, 1941.

Rehearing Denied Feb. 18, 1941.

T. J. Carey, of Haleyville, for appellant.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.

Trial of this case was had, and judgment of conviction rendered against appellant, on October 4, 1939. No motion for a new trial was made.

The bill of exceptions was presented on February 17, 1940—considerably more than 90 days after the judgment of conviction.

The State makes a motion here to strike the bill of exceptions. We see no reason to

refuse to grant said motion. And the same is granted. Code 1928, Secs. 6433 and 6434.

The record appears in all things regular; and the judgment is affirmed.

Affirmed.